UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Tristar Products, Inc. (a Florida corporation),<br><br>*Plaintiff,*<br><br>v.<br><br>Whele LLC d/b/a Perch (a Delaware limited Liability company),<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  C.A. No.1:22-cv-11301-DJC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT AND MOTION TO STAY

Plaintiff Tristar Products, Inc. ("Tristar" or "Plaintiff") and Whele LLC d/b/a Perch ("Perch" or "Defendant," and together with Plaintiff, the "Parties") provide the Court with this joint status report per the Court's January 19, 2023, Order. Dkt. 10. On January 23, 2023, Tristar voluntarily dismissed its case against Ragner Technology Corporation ("Ragner") in the U.S. District Court for the District of New Jersey. *See* 3:22-cv-05043, Dkt. 15. As Ragner had not answered Tristar's Complaint or filed a motion for summary judgment, the New Jersey District Court ordered the dismissal without prejudice on January 24, 2023. *See, id.*, Dkt 16.

Counsel for the Parties in the above-captioned action met and conferred on March 15, 2023. During that conference, counsel for Tristar explained that the issues between Tristar and Ragner are not resolved and the question of who has the right to license the patents asserted in the above-captioned action remains unanswered.

The Parties respectfully move the Court for an order further staying this action in its entirety for an additional 90 days, at which time the Parties propose that they jointly provide

another status update to the Court regarding the status of any newly filed action between Tristar and Ragner.  Factors weighing in favor of a further stay include the following:

A. Good cause exists to continue the stay in this action until the issues between Tristar and Ragner are resolved (or another lawsuit is substantively underway) because doing so will give the parties clarity regarding the licensing rights at issue in this matter.  Doing so would conserve the Parties' and this Court's resources by (among other things) reducing the need for third party discovery of Ragner and narrowing the issues in this matter.

B. The requested stay is reasonable in duration as the Parties ask for the stay to be extended for 90 days.

C. As the Parties jointly request the stay, neither will be prejudiced, and no competing equities weigh against a stay.

For the foregoing reasons, the Parties respectfully request that this Court enter an order further staying this action in its entirety for an additional 90 days.

Respectfully submitted,

Date: March 17, 2023

| **Tristar Products, Inc.,** | **Whele LLC d/b/a/ Perch,** |
|---|---|
| *By its Attorneys,* | *By its Attorneys,* |
| /s/ Joseph F. Shea | /s/ Kevin S. Prussia |
| Joseph F. Shea | Kevin S. Prussia |
| FisherBroyles, LLP | Wilmer Cutler Pickering Hale and Dorr LLP |
| 75 State St. Suite 100, PMB 4418 | 60 State Street Boston, MA 02109 |
| Boston, MA 02109 | T: (617) 526-6000 |
| Tel: 617-418-1704 | F: (617) 526-5000 |
| Email: joseph.shea@FisherBroyles.com | Kevin.Prussia@wilmerhale.com |

## CERTIFICATE OF SERVICE

I certify that on March 17, 2023, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the notice of Electronic Filing (NEF).

                                                   */s/ Kevin S. Prussia*

                                                   Kevin S. Prussia